**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:05-cr-95 |
| | ) | |
| Martin Perusquia, | ) | **ORDER GRANTING LEAVE TO FILE** |
| | ) | **DISMISSAL OF COUNTS** |
| Defendant. | ) | |

___

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of Court is hereby **GRANTED** for filing of the dismissal of Counts One, Three, Five, and Six of the indictment against Martin Perusquia, defendant.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2006.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court